IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFRED T. GIULIANO, as Chapter 7 Trustee for the jointly administered Chapter 7 estates of Debtors DSI Renal Holdings LLC, DSI Hospitals, Inc., and, DSI Facility Development, LLC,<br><br>               Plaintiff,<br><br>- against -<br><br>CDSI I HOLDING COMPANY, INC., *et al.*,<br><br>               Defendants. | Civil Action No. 13-2776 (CMR) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANTS CDSI I HOLDING COMPANY, INC.
AND CDSI II HOLDING COMPANY, INC. ONLY
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, ALFRED T. GIULIANO, as Chapter 7 Trustee for the jointly administered Chapter 7 estates of Debtors DSI Renal Holdings LLC, DSI Hospitals, Inc., and, DSI Facility Development, LLC, hereby voluntarily dismisses, <u>without prejudice</u>, his claims against Defendants CDSI I HOLDING COMPANY, INC. and CDSI II HOLDING COMPANY, INC. only. None of the Defendants has filed an answer or a motion for summary judgment.

Dated: August 2, 2013

                                                Respectfully submitted,

                                                */s/ Steven M. Coren*
                                                KAUFMAN, COREN & RESS, P.C.
                                                Steven M. Coren
                                                Two Commerce Square, Suite 3900
                                                2001 Market Street
                                                Philadelphia, PA  19103
                                                (215) 735-8700
                                                *Special Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Steven M. Coren, Esquire, Special Counsel for Plaintiff, Alfred T. Giuliano, as Chapter 7 Trustee for the jointly administered Chapter 7 estates of Debtors DSI Renal Holdings, LLC, *et al.* in the foregoing action, hereby certify that a true and correct copy of the Notice of Voluntary Dismissal Without Prejudice as to Defendants CDSI I Holding Company, Inc. and CDSI II Holding Company, Inc. Only Pursuant to F.R.C.P. 41(a)(1)(A)(i) was served via ECF, email and/or first class mail, postage prepaid on August 2, 2013 on the following:

Eric D. Schwartz, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
302-351-9308
eschwartz@mnat.com
*Counsel for Centre Partners Defendants (excluding Bergmann) and Northwestern Defendants*

William M. McSwain, Esquire
Tara S. Sarosiek, Esquire
Drinker Biddle & Reath LLP
One Logan Square - 18th & Cherry Streets
Philadelphia, PA  19103-6996
215-988-2775
william.mcswain@dbr.com
tara.sarosiek@dbr.com
*Counsel for Apollo*

Andrew Ehrlich, Esquire
Gregory Laufer, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
212-373-3000
aehrlich@paulweiss.com
glaufer@paulweiss.com
*Counsel for Apollo*

Edward D. Kutchin, Esquire
Kerry R. Northup, Esquire
Matthew J. Dunn, Esquire
Berlutti, McLaughlin & Kutchin LLP
44 School Street
Boston, MA  02108
617-557-3030
ekutchin@bmklegal.com
knorthup@bmklegal.com
mdunn@bmklegal.com
*Counsel for Centre Partners Defendants (excluding Bergmann)*

Jeffery A. Dailey, Esquire
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street - Suite 4100
Philadelphia, PA  19103
215-965-1325
jdailey@akingump.com
*Counsel for Ares*

2

J. Mark Fisher, Esquire
Michael W. Ott, Esquire
Thomas P. Battistoni, Esquire
Willoughby Anderson, Esquire
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL  60606-6473
312-258-5710
mfisher@schiffhardin.com
mott@schiffhardin.com
tbattistoni@schiffhardin.com
wanderson@schiffhardin.com
*Counsel for Northwestern Defendants*

Robert Bergmann
c/o Bregal Investments, Inc.
 277 Park Avenue
29th Floor
New York, NY 10172

Steven M. Pesner, Esquire
Robert H. Pees, Esquire
Shenghao Stan Chiueh, Esquire
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
Bank of America Tower
New York, NY  10036
212-872-1072
spesner@akingump.com
rpees@akingump.com
schiueh@akingump.com
*Counsel for Ares*

Peter L. Welsh
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
(617) 951-7000
*Counsel for Kencel*

_____
Steven M. Coren, Esquire