## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALFRED T. GIULIANO, as Chapter 7 Trustee for the the jointly administered Chapter 7 estates of Debtors, DSI Renal Holdings LLC, DSI Hospitals, Inc.  and DSI Facility Development, LLC** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 13-2776** |
| : | |
| **CDSI I HOLDING COMPANY, INC.,** *et al.* : | |
| : | |
| **Defendants.** : | |
| : | |

### ORDER

AND NOW, this 17th day of March 2014, upon consideration of the Motions to Dismiss

or to Transfer Venue [Doc. Nos. 31, 32, 33, and 34] and the opposition thereto, it is hereby

**ORDERED** that the Motions are **GRANTED in part**.  The Motions to Transfer Venue are

**GRANTED** and the Clerk is directed to **TRANSFER** the case to the United States District Court

for the District of Delaware and to **CLOSE** the case in the Eastern District of Pennsylvania.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

CYNTHIA M. RUFE, J.