IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHAPTER 7 TRUSTEE ALFRED T. GIULIANO, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 14-471-RGA |
| MICHAEL SCHNABEL, et al., : | |
| Defendants. : | |

**MEMORANDUM**

I have a request to refer this case to the Bankruptcy Court. (D.I. 68). The docket in the underlying bankruptcy case of *In re: DSI Renal Holdings, LLC*, No. 11-11722, shows that it is a chapter 7 case with no recent activity.

It is the practice of this Court, as embodied in the Amended Standing Order of Reference, to refer to the Bankruptcy Court anything that can be referred that court. It makes sense for the bankruptcy court to be managing all related litigation, even if some of it is litigation to which there is a jury trial right. The bankruptcy court benefits from seeing the big picture while making decisions on discrete pieces of the litigation. In addition, the Bankruptcy Court has expertise in bankruptcy law that I do not have.

I am going to refer this case to the Bankruptcy Court. While there is no recent activity in the underlying bankruptcy litigation, it seems clear that the Bankruptcy Court's expertise will be useful in managing the adversary case until it is ready for a jury trial. The pending motions make multiple arguments relying upon bankruptcy law, and it appears that both factually and legally the Bankruptcy Court's expertise will be useful in resolving disputed issues.

Thus, the request to refer the case is **GRANTED**.  A separate order will be entered.

May 6, 2014
Date

*Richard G. Andrews*
United States District Judge