# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DSI Renal Holdings LLC, *et al.*<br><br>Debtors. | Chapter 7<br><br>Case No. 11-11722 (KBO)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, as Chapter 7 Trustee for the Jointly Administered Chapter 7 Estates of Debtors DSI Renal Holdings LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SCHNABEL, *et al.*,<br><br>Defendants. | Civil Action No. 1:14-cv-00471-RGA |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned adversary action be dismissed with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

FOR THE TRUSTEE:   */s/ Seth A. Niederman*
　　　　　　　　　　FOX ROTHSCHILD LLP
　　　　　　　　　　Seth A. Niederman (DE Bar No. 4588)
　　　　　　　　　　919 North Market Street - Suite 300
　　　　　　　　　　Wilmington, DE 19899-2323
　　　　　　　　　　Telephone: (312) 622-4274

　　　　　　　　　　　　　　　and

1

|  |  |
|---|---|
|  | KAUFMAN, COREN & RESS, P.C.<br>Steven M. Coren, *admitted pro hac vice*<br>Benjamin M. Mather, *admitted pro hac vice*<br>Andrew J. Belli, *admitted pro hac vice*<br>Two Commerce Square, Suite 3900<br>2001 Market Street<br>Philadelphia, P A 19103<br>(215) 735-8700 |
| FOR THE DEFENDANTS: | */s/ Eric D. Schwartz*<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLC<br>Eric D. Schwartz (DE Bar No. 3134)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br><br>*Counsel for the Centre Defendants, the D&O Defendants, and Defendant The Northwestern Mutual Life Insurance Company* |
|  | */s/ Simon E. Fraser*<br>COZEN O'CONNOR<br>Mark E. Felger (DE Bar No. 3919)<br>Simon E. Fraser (DE Bar No. 5335)<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>Telephone: (302) 295-2000<br><br>*Counsel for Defendant Apollo Investment Corporation* |
|  | */s/ Jeremy W. Ryan*<br>POTTER ANDERSON & CORROON LLP<br>Jeremy W. Ryan (DE Bar No. 4057)<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Telephone: (302) 984-6108 Direct Dial<br><br>*Counsel for Defendant Ares Capital Corporation* |

123849988.1

SCHIFF HARDIN LLP
J. Mark Fisher, *admitted pro hac vice*
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606
Telephone: (312) 258-5500

*Counsel for Defendant The Northwestern Mutual Life Insurance Company*


PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
Andrew J. Ehrlich, Esq., *admitted pro hac vice*
Gregory F. Laufer, Esq., *admitted pro hac vice*
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

*Counsel for Defendant Apollo Investment Corporation*


FRIEDMAN KAPLAN SEILER ADELMAN LLP
Steven M. Pesner., *admitted pro hac vice*
Stan Chiueh., *admitted pro hac vice*
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100

*Counsel for Defendant Ares Capital Corporation*


MILBANK, LLP
Scott A. Edelman, *admitted pro hac vice*
Alexander B. Lees, *admitted pro hac vice*
Alexandra J. Paslawsky, *admitted pro hac vice*
Allison S. Markowitz, *admitted pro hac vice*
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5149

*Counsel for the Centre Defendants and the D&O Defendants*

BERLUTI MCLAUGHLIN & KUTCHIN LLP
Edward D. Kutchin, *admitted pro hac vice*

3

        Kerry R. Northup, *admitted pro hac vice*
        44 School Street
        9th Floor
        Boston, MA 02108
        Telephone: (617) 557-3030

        *Counsel for the Centre Defendants and the D&O Defendants*

APPROVED AND SO ORDERED:

        /s/ Richard G. Andrews
        Richard G. Andrews
        United States District Court Judge

Dated: June 23, 2021

4